■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME CINTRON, Appellant. [30 NYS3d 874]—Judgment, Supreme Court, Bronx County (Marc J. Whiten, J.), rendered April 21, 2015, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and sentencing him as a second violent felony offender, to a term of eight years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 140 AD3d 401 [1st Dept 2016]), we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Moskowitz, Manzanet-Daniels and Gesmer, JJ.

■ VIOLET IDEHEN, Appellant, v TEACHERS COLLEGE COLUMBIA UNIVERSITY et al., Respondents. [30 NYS3d 875]—Order, Supreme Court, New York County, (Joan A. Madden, J.), entered November 8, 2014, which granted defendants' motion to dismiss the complaint, and denied plaintiff's cross motion to amend the complaint, unanimously affirmed, without costs, for the reasons stated by Madden, J. Concur—Tom, J.P., Saxe, Richter, Gische and Webber, JJ.